UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Amina Sheikhani                    )
                                   )
_____,   )
                                   )
         Plaintiff(s),             )
                                   )
         vs.                       )   Case No.
Wells Fargo Bank - Codilis & Asso - IRA T. Nevel )
Rushmore Loan Management service - Weinlem Servicing )
Regional Realty Group              )   13CV7716
                                   )   JUDGE DER-YEGHIAYAN
                                   )   MAG. JUDGE SCHENKIER
         Defendant(s).             )

FILED
OCT 28 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

### COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a pro se plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is AMINA SHEIKHANI.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

4. Defendant, __Codilis & Associates PC_____, is
   (name, badge number if known)

   ☐ an officer or official employed by _____;
                                         (department or agency of government)
   _____ or

   ☐ an individual not employed by a governmental entity.

   *If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is_____. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about __June 2 2013__, at approximately __10.__ ☒ a.m. ☐ p.m.
              (month, day, year)
   plaintiff was present in the municipality (or unincorporated area) of __Will County__, in the County of __Will__, State of Illinois, at __1236 Hollingswood Ave Naperville IL 60564__
                                              (identify location as precisely as possible)

   when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

   ☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
   ☐ searched plaintiff or his property without a warrant and without reasonable cause;
   ☐ used excessive force upon plaintiff;
   ☐ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
   ☐ failed to provide plaintiff with needed medical care;
   ☐ conspired together to violate one or more of plaintiff's civil rights;
   ☐ Other:
   _____
   _____

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*):_____

_____

_____

_____

8. Plaintiff was charged with one or more crimes, specifically:

_____

_____

_____

_____

_____

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

☐ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows_____

_____

☐ Other: _____

---

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

SEE ATTACHED

SHEET

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

Punitive damage in The Amount of $1.5 Million Dollar

13. Plaintiff asks that the case be tried by a jury. ☐ Yes ☐ No

4

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE**, plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☐ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: *Amina Sheikhani*

Plaintiff's name *(print clearly or type)*: AMINA SHEIKHANI

Plaintiff's mailing address: 1750 W. Ogden Ave, P.O. Box. 4751

City Naperville   State IL   ZIP 60567

Plaintiff's telephone number: (630) 772-5252.

Plaintiff's email address *(if you prefer to be contacted by email)*: _____

15. Plaintiff has previously filed a case in this district. ☒ Yes ☐ No

    *If yes, please list the cases below.*

    Amina Sheikhani V Wells Fargo

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

ON OR ABOUT JUNE 2, 2013 DEFENDANTS VIOLATED PLAINTIFFS CONSTITUTIONAL RIGHTS BY HARRASING AND TRYING TO COLLECT ON A DEBT WHICH HAS ALREADY BEEN DISCHARGED IN BANKRUPTCY COURT IN VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT. 1962 OF THE FEDERAL STATUTES AND IN VIOLATION OF THE DISCHARGE FROMBANKRUPTCY ON APRIL 26, 2013. THE PURPOSE OF FILING BANKRUPTCY IS TO GIVE A CREDITOR A NEW START AND PREVENT CREDITORS FROM HARRASSING INDIVIDUALS CONCERNING DEBT WHICH HAS BEEN DISCHARGED, THERE FORE PLAINTIFF RESPECTFULLY REQUEST THAT THIS HONORABLE COURT GRANT PLANTIFF CONPENSATORY AND PUNITIVE DAMAGES AND MENTAL ANGUISH AS STATE IN 1962 OF THE FEDRAL STATUTES, THE AMOUNT OF DAMAGE SHALL BE PLEADED LATERIN THIS ACTION.

1. Quantum Servicing
   Mr. Jonathan Eaker
   Agent of Wells Fargo Bank
   6302 Martin Luther King Blvd
   Suite# 300
   Tampa, FL 33619

2. IRA T. Nevel
   175 North Franklin St
   Suite# 210
   Chicago, IL 60606

3. Regional Realty Group
   Mr. Jim Conway-GRI
   3077 W. Jefferson St
   Suite# 201
   Joliet, IL 60435

4. Rushmore Loan Management Service
   P.O. Box 692409
   San Antonio, TX 78269-2409

B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
Case No. 13-03096
Chapter 7

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including **married, maiden, trade,** and address):

Amina Sheikhani
1236 Hollingswood Ave
Naperville, IL 60564

Social Security / Individual Taxpayer ID No.:
xxx-xx-5854

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: April 29, 2013

Kenneth S. Gardner, Clerk
United States Bankruptcy Court

SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.

B6F (Official Form 6F) (12/07)

In re  Sheikhani Amina ,  Case No. _____
          Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 448919840017544 PNC BANK PO BOX 856177 LOUISVILLE, KY 40282 | | C | 1/2001 | | | X | 40000 |
| ACCOUNT NO. 40289575 WELLS FARGO 751 KASOT AVE S.E MINNEAPOLIS, MN 55414 | | C | 5/2010 | | | X | 305000 |
| ACCOUNT NO. 40289575 Rushmore Loan Management Services 15480 Laguna Canyon Road Suite # 100 Irvine, CA 92618 | | C | 5/2006 | | | X | 305000 |
| ACCOUNT NO. | | | | | | | |
| | | | | | Subtotal▶ | | $ 650000 |
| | | | | | Total▶ | | $ 650000 |

_1_ continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Lt. Jordan
815-727-8890



# WARNING
# *<u>*FINAL*</u>*
# EVICTION
# NOTICE

\*\*This Notice was posted on _____.
The Will County Sheriff's Office could be at this residence as soon as _____ to perform the eviction.

The courts have rendered a Judgment against you for the possession of the premises. This order is effective IMMEDIATELY! There is no grace period and the section on foreclosure orders that refers to waiting thirty (30) days from the date of the order DOES NOT start from the date of this notice. That thirty (30) days has indeed expired.

The intent of this notice is to advise you that as soon as scheduling permits, you will be forcibly evicted. In order to prevent this from occurring, you must immediately remove all of your personal belongings, leave the premises, and surrender possession back to the plaintiff or their agent.

05/18/12 12:44:52 WCCA

IN THE CIRCUIT COURT FOR THE 12TH JUDICIAL CIRCUIT
WILL COUNTY - JOLIET, ILLINOIS

Wells Fargo Bank, N.A., not in its Individual Capacity, but as
Trustee for RMAC REMIC Trust, Series 2009-9
PLAINTIFF

Vs.                              No. 10 CH 03113

Amina Sheikhani; et. al.
                    DEFENDANTS

## ORDER CONFIRMING SALE (ORDER APPROVING) AND ORDER OF POSSESSION

NOW COMES Wells Fargo Bank, N.A., not in its Individual Capacity, but as Trustee for RMAC REMIC Trust, Series 2009-9 by and through its attorneys, Codilis & Associates, P.C., and the Sheriff of Will County or Sale Officer, and files herein his report of sale and distribution of the proceeds of sale of the premises involved herein;

THE COURT FINDS that:

1. The Sheriff or Sale Officer has proceeded in accordance with all the terms of the Judgment heretofore entered and applicable law in conducting the sale of the premises involved herein and in distributing the proceeds derived from said sale;

2. The Notice of the Sale, as required pursuant to 735 ILCS 5/15-1507(c) has been properly given.

3. The terms of the sale were fair and conscionable and the sale was conducted fairly without fraud.

4. Wells Fargo Bank, N.A., not in its Individual Capacity, but as Trustee for RMAC REMIC Trust, Series 2009-9 including its insures, investors, and agents, or its assigns, is entitled to possession of the subject property as of the date thirty (30) days after the entry of this order and that Wells Fargo Bank, N.A., not in its Individual Capacity, but as Trustee for RMAC REMIC Trust, Series 2009-9 including its insures, investors, and agents, or its assigns, is entitled to a Deed to the subject property to be issued after entry of this order.

5. There remains due and unpaid to the Plaintiff the sum of $26,311.35 together with interest thereon at the statutory rate of nine percent% from the date of sale.

IT IS HEREBY ORDERED that:

1. The sale of the premises involved herein on 3/14/12 conducted by said Sheriff or Selling Officer and the distribution by him of the proceeds of sale and his report of sale and distribution be, and are hereby in all respects, approved, ratified and confirmed;

WCCA    05182012



2. The Sheriff or Sale Officer issue a deed be to Wells Fargo Bank, N.A., not in its Individual Capacity, but as Trustee for RMAC REMIC Trust, Series 2009-9 including its insures, investors, and agents, or its assigns, pursuant to the findings of this Court as set forth above;

3. The Deed to be issued hereunder is a transaction that is exempt from all transfer taxes, either state or local, and the Will County Recorder of Deeds is ordered to permit immediate recordation of the Judicial Sale Deed issued hereunder without affixing any exemption stamps.

4. Wells Fargo Bank, N.A., not in its Individual Capacity, but as Trustee for RMAC REMIC Trust, Series 2009-9 including its insures, investors, and agents, or its assigns, be granted an order of possession of the subject property effective thirty (30) days from the date of this order. Said order is enforceable against all party defendants named herein including:

> Amina Sheikhani; Ali Sheikhani; PNC Bank, National Association successor by merger to National City Bank successor by merger to MidAmerica Bank FSB; United States of America; Ashbury Homeowners Association

at the subject property commonly known as:

> 1236 Hollingswood Avenue
> Naperville, IL 60564.

If said occupants fail to surrender possession of the subject property within thirty (30) days of the date of this order, then after thirty (30) days from entry of this order, the Sheriff for Will County is directed to eject and remove said occupants from the subject property and to put Wells Fargo Bank, N.A., not in its Individual Capacity, but as Trustee for RMAC REMIC Trust, Series 2009-9 including its insures, investors, and agents, or its assigns, in full and complete possession of the property set forth above;

5. There be an <u>IN REM</u> deficiency judgment against the property in the sum of $26,311.35 with statutory interest thereon.

6. That any special right to redeem, if applicable, pursuant to 735 ILCS 5/15-1604, shall expire 30 days after entry of this order;

7. The Sheriff or Selling Officer is directed to issue Duplicate Original Certificates of Sale in recordable form which Certificate(s) shall be freely assignable;

8. The Municipality or County may contact the party below with concerns about the real property:
Name: Jonathan Eaker, agent of Wells Fargo Bank, N.A., not in its individual capacity but solely as Trustee for RMAC REMIC Trust, Series 2009-9
Address: 6302 Martin Luther King Blvd., STE 300
Tampa, FL 33619
Phone: 813-371-0239

9. 735 ILCS 5/9-117 is not applicable to this order. This is a final and appealable order with no just cause for further delay.

WCCA  05182012

IT IS FURTHER ORDERED: The Court's Auctioneer is authorized to execute the Deed resulting from the Foreclosure Sale upon approval of the Sale by the Court.

ENTER: _____
Judge

DATED: 5-18-12

Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300

14-10-17211

NOTE: This law firm is deemed to be a debt collector.

**CERTIFICATION**

I, PAMELA J. MCGUIRE, CLERK OF THE 12TH JUDICIAL CIRCUIT, WILL COUNTY, ILLINOIS, CERTIFY THIS TO BE A TRUE COPY OF AN ORIGINAL RECORD OF THIS CIRCUIT COURT.

SIGNED: _____ 3-13
CLERK                    DATE

WCCA  05182012